UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN FAMILUS JUNIOR PARVELUS,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

Respondents.

Case No. 1:26-cv-2311

Honorable Paul L. Maloney

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from custody, subject to any conditions that existed under Petitioner's § 1182(d)(5)(A) parole.

**IT IS FURTHER ORDERED** that within three days of the issuance of this judgment, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment.

Dated: August 28, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge